Certificate Number: 16339-PAE-DE-040161362

Bankruptcy Case Number: 25-13425



16339-PAE-DE-040161362

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 4, 2025, at 12:05 o'clock PM EDT, Dru Scheidell completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  October 4, 2025            By:   /s/Kelley Tipton

                                  Name: Kelley Tipton

                                  Title: Certified Financial Counselor