United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 25-13425-pmm
Dru Michael Scheidell     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Dec 10, 2025     Form ID: 318     Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Dru Michael Scheidell, 750 Moore Rd Unit 254, King of Prussia, PA 19406-1244 |
| 15044254 | | American Heritage Federal, Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1603 |
| 15044258 | | Bilt Technologies, Inc, Attn: Bankruptcy, PO Box 9226, Old Bethpage, NY 11804-9226 |
| 15044266 | | Corporation Service, Company/CSCglobal, 251 Little Falls Dr, Wilmington, DE 19808-1674 |
| 15044269 | + | Flex, Attn: Bankruptcy Dept, 33 Irving Place, New York, NY 10003-2332 |
| 15044274 | | Montgomery County Tax, Claim Bureau, 1 Montgomery Plz Ste 600, Norristown, PA 19401-4851 |
| 15044275 | + | Nicholas J Zabala Law Office,, LLC, PO Box 1359, Bensalem, PA 19020-8359 |
| 15044277 | | Pennsylvania Attorney, General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15044279 | | Pennsylvania Office of, General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15044282 | + | Roberts Technology Group,, Inc., 120 New Britain Blvd, Chalfont, PA 18914-1832 |
| 15044283 | | Scott A. Miller & Co CPA's, Attn: Kevin Fischer, Re: Bankruptcy, 928 Jaymor Rd Ste B100, Southampton, PA 18966-3828 |
| 15044284 | | Syncb/c&b, Attn: Bankrupty Dept., 8312 Burnet Rd, Austin, TX 78757-7773 |
| 15044286 | + | Tire and Auto Service, 197 E Dekalb Pike Suite 350, King of Prussia, PA 19406-2113 |
| 15044287 | | U.S. Attorney, Eastern District, of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15044288 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 15044290 | | USF FCU, Attn: Bankruptcy, PO Box 47989, Tampa, FL 33646-0117 |
| 15044293 | | World Omni Financial Corp, Attn: Bankruptcy, 250 Jim Moran Blvd, Deerfield Beach, FL 33442 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 11 2025 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Dec 11 2025 05:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15044255 | | Email/PDF: bncnotices@becket-lee.com | Dec 11 2025 00:43:49 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15044256 | + | EDI: BANKAMER | Dec 11 2025 05:32:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15044257 | | EDI: TSYS2 | Dec 11 2025 05:32:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15044259 | + | Email/Text: legal@bluebridgefinancial.com | Dec 11 2025 00:36:00 | BlueBridge Financial, Inc., 11921 Freedom Drive, Suite 1130, Reston, VA 20190-6225 |
| 15044260 | + | EDI: CITICORP | Dec 11 2025 05:32:00 | Brksb/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15044261 | | EDI: CAPITALONE.COM | Dec 11 2025 05:32:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15044262 | + | EDI: CITICORP | Dec 11 2025 05:32:00 | Citibank, Citicorp Cr Srvs/Centralized |

Case 25-13425-pmm   Doc 12   Filed 12/12/25   Entered 12/13/25 00:37:42   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2025 | Form ID: 318 | Total Noticed: 43 |

| Recipient # | Method | Date/Time | Name/Address |
|---|---|---|---|
| | | | Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15044263 | EDI: CITICORP | Dec 11 2025 05:32:00 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 15044264 | EDI: WFNNB.COM | Dec 11 2025 05:32:00 | Comenity Bank/Restoration, Hardware, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15044265 | + EDI: WFNNB.COM | Dec 11 2025 05:32:00 | Comenitybk/lilswiss, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15044267 | Email/Text: bankruptcy@dcu.org | Dec 11 2025 00:36:00 | Digital Federal Credit Union, Attn: Bankruptcy, PO Box 9130, Marlborough, MA 01752-9130 |
| 15044268 | EDI: DISCOVER | Dec 11 2025 05:32:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15044270 | Email/Text: bankruptcyalerts@forwardfinancing.com | Dec 11 2025 00:36:00 | Forward Financing, 53 State St Fl 20, Boston, MA 02109-2820 |
| 15044271 | + Email/Text: paulette.yiambilis@fundingmetrics.com | Dec 11 2025 00:36:00 | Funding Metrics, LLC/Lendini, 3220 Tillman Drive Suite 200, Bensalem, PA 19020-2028 |
| 15044272 | EDI: IRS.COM | Dec 11 2025 05:32:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15044273 | EDI: JPMORGANCHASE | Dec 11 2025 05:32:00 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 15044276 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 11 2025 00:36:00 | NMAC, Attn: Bankruptcy, PO Box 660366, Dallas, TX 75266-0366 |
| 15044278 | EDI: PENNDEPTREV | Dec 11 2025 05:32:00 | Pennsylvania Department of, Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15044280 | + Email/Text: bkrgeneric@penfed.org | Dec 11 2025 00:36:00 | Pentagon Federal Credit, Union, Attn: Bankruptcy, P.O. Box 1432, Alexandria, VA 22313-1432 |
| 15044281 | + Email/Text: bankruptcy1@pffcu.org | Dec 11 2025 00:36:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 15044285 | EDI: SYNC | Dec 11 2025 05:32:00 | Synchrony Bank/Ikea CC, Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965065, Orlando, FL 32896-5065 |
| 15044289 | ^ MEBN | Dec 11 2025 00:31:19 | Unify Financial Credit Union, Attn: Bankruptcy Department, Po Box 965060, Orlando, FL 32896-5065 |
| 15044291 | EDI: G2RSVOLKSWGN | Dec 11 2025 05:32:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, PO Box 3, Hillsboro, OR 97123-0003 |
| 15044292 | + EDI: WFHOME | Dec 11 2025 05:32:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd, Floor, Des Moines, IA 50328-0001 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Dec 10, 2025 Form ID: 318 Total Noticed: 43

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2025          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Dru Michael Scheidell help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Dru Michael Scheidell <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–4199 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 25–13425–pmm | |

## Order of Discharge        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dru Michael Scheidell

12/9/25

**By the court:** <u>Patricia M. Mayer</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318        **Order of Discharge**        page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**